# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

JAMES FRANK EARL

NO. 2024 KW 0961

**DECEMBER 4, 2024**

---

In Re:    James Frank Earl, applying for supervisory writs, 22nd
          Judicial District Court, Parish of Washington, No. 11-
          CR4-112566.

---

**BEFORE:    WOLFE, MILLER, AND GREENE, JJ.**

    **WRIT DENIED.**  See **State v. Lee**, 2022-01827 (La. 9/1/23), 370
So.3d 408, 410.

**EW**
**HG**

    **Miller, J.,** concurs and would deny the writ application on
the showing made.

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
      FOR THE COURT